```
                                                          -FILED
                                                       SALINE COUNTY
       IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS  CIRCUIT CLERK
                                                       2017 OCT 16 PM 2: 35
HENRY SOLIS                                                  PLAINTIFF
                                                       BY: Ott
VS.              NO. 63CV.17.1049.3

UPS GROUND FREIGHT, INC.
and PAUL RICHARDS                                            DEFENDANT
```

## COMPLAINT

Comes now the Plaintiff, by and through his attorneys, Gary Holt & Associates, and for his cause of action against the Defendants herein, alleges and states that:

1. The Plaintiff is an individual resident of Saline County, Arkansas. The Defendant, Paul Richards, at all times relevant hereto, was a resident of Houston, Texas. The Defendant, UPS Ground Freight, Inc. is a foreign corporation doing business in the State of Arkansas with its principal place of business in Richmond, Virginia. The incident complained of herein occurred in the City of Bryant, Saline County, Arkansas, and jurisdiction and venue are proper in this court.

2. On or about October 15, 2015, the Plaintiff, Henry Solis, was operating a 2010 Infinity 4 door automobile, traveling in a westerly direction on Interstate 30 at the approximate log mile of 122, 483 feet east Springhill Road. At such time and place, the Plaintiff had moved from the far right-hand traffic lane into the middle traffic lane when his vehicle was struck by a 2007 Freightliner tractor trailer owned by UPS Ground Freight, Inc. and operated by the Defendant, Paul Richards, who had moved his vehicle from the far left traffic lane of I-30 to the middle traffic lane. As a result of the actions

1



of Defendant Richards, causing his vehicle to strike the rear passenger's side of the Plaintiff's vehicle, Plaintiff's vehicle was spun out of control and struck the barrier retaining wall and then back across the freeway, causing the damages as set forth hereinafter. At such time and place, the Defendant's vehicle was driving in an improper lane and the actions of the Defendant, Paul Richards, were done in a negligent manner as set forth hereinafter, proximately causing the damages to the Plaintiff as described hereinafter.

3. Specific acts of negligence of the Defendant, Paul Richards, who was working in the course and scope of his employment with UPS Ground Freight, Inc., were done negligently and such acts are imputed to the Defendant UPS Ground Freight, Inc., and include but are not limited to the following:

a) Failing to keep a proper lookout;

b) Failing to keep his vehicle under proper control;

c) Failing to yield to the forward moving vehicle;

d) Driving in an improper lane for a tractor trailer on an interstate highway that has three lanes;

e) Otherwise, failing to exercise ordinary care under the circumstances.

4. As a direct and proximate result of the negligence of the Defendant, Paul Richards, which are imputed to the Defendant, UPS Ground Freight, Inc., the Plaintiff, Henry Solis, has suffered serious and painful, physical injuries, has incurred medical

expenses in the past and may incur additional medical expenses in the future, has suffered pain, suffering and mental anguish in the past which will continue into the future, has suffered a loss of working time and may suffer a loss of working capacity.

WHEREFORE, the Plaintiff prays that upon a trial hereof he be granted judgment against the Defendants herein in an amount equal to his damages, such amount being in excess of the current minimum required for federal court jurisdiction in diversity of citizenship cases. Plaintiff further prays for a jury trial herein and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

GARY HOLT & ASSOCIATES, P.A.
P. O. Box 3887
Little Rock, AR 72201
(501) 372-0266 Telephone
(501) 688-7741 Facsimile

By: _____
Hugh F. Spinks, #75122
Attorney at Law
spinksh@garyholtlaw.com