**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**HENRY SOLIS**                                                          **PLAINTIFF**

**v.**                                   **Case No. 4:17-cv-00722-KGB**

**UPS GROUND FREIGHT, INC.,** *et al.*                                   **DEFENDANTS**

**ORDER**

The parties have, *via* email, transmitted to the Court a joint stipulation of dismissal with prejudice (Exhibit 1). The parties stipulate that all of the claims "that were or that could have been raised" in plaintiff Henry Solis' complaint should be dismissed with prejudice (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice (*Id.*). The action is dismissed with prejudice.

So ordered this 14th day of December, 2018.

Kristine G. Baker
United States District Judge

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HENRY SOLIS                                                          PLAINTIFF

Case No.  4:17-cv-00722 KGB

UPS GROUND FRIEGHT, INC.,
and PAUL RICHARDS                                                   DEFENDANTS

<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

It is hereby stipulated by counsel of record for all parties that the complaint of plaintiff,

including all claims that were or that could have been raised therein, should be dismissed with

prejudice.


_____
HON. KRISTIN G. BAKER
USDC JUDGE


_____
DATE

Exhibit 1

Approved:

_____

Jason Goodnight
Attorney at Law
Williams Center Tower II
2 West 2nd Street, Suite 900
Tulsa, OK 74103
jgoodnight@tulsalawyer.com
   *Attorney for UPS Ground Freight, Inc.*
   *and Paul Richards*

_____

Hugh F. Spinks
GARY HOLT & ASSOCIATES
P. O. Box 3887
Little Rock, AR 72203
(501) 372-0266 - Office
(501) 688-7741 - Facsimile

spinksh@garyholtlaw.com
   *Attorney for Plaintiff*